# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | |
|---|---|
| ALAN GUEST, | * |
| | * |
| Movant, | *   CIVIL ACTION NO.: 5:18-cv-18 |
| | * |
| v. | *   (Case No.: 5:14-cr-17) |
| | * |
| UNITED STATES OF AMERICA, | * |
| | * |
| Respondent. | * |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 44. Movant Alan Guest ("Guest") did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **DENIES** Guest's 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct his Sentence, as supplemented, Motion for Summary Judgment, and Motion to Grant. Dkt. Nos. 1, 20, 29, 37, 38. The Court also **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment and **DENIES** Guest *in forma pauperis* status

AO 72A
(Rev. 8/82)

on appeal and a Certificate of Appealability.

    **SO ORDERED**, this \_\_23\_\_ day of \_\_March\_\_, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA