# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| ALAN GUEST, | * | |
| | * | |
| Movant, | * | CIVIL ACTION NO.: 5:18-cv-18 |
| | * | |
| v. | * | (Case No.: 5:14-cr-17) |
| | * | |
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Respondent. | * | |

### ORDER

Presently before the Court is Movant Alan Guest's ("Guest") Motion for Reconsideration of the Court's March 23 and April 2, 2021 Orders. Dkt. No. 49. For the reasons which follow, the Court **DENIES** Guest's Motion. The Court's Orders remain the Orders of the Court, and this case remains **CLOSED**. Dkts. 45, 47, 48.

A motion for reconsideration, or a Federal Rule of Civil Procedure 59(e) motion, is "an extraordinary remedy, to be employed sparingly." Smith ex rel. Smith v. Augusta-Richmond County, No. CV 110-126, 2012 WL 1355575, at *1 (S.D. Ga. Apr. 18, 2012) (internal citation omitted). "A movant must set forth facts or law of a strongly convincing nature to induce the court to reverse its prior decision." Id. (internal citation omitted). "The only grounds for granting a Rule 59 motion are

newly-discovered evidence or manifest errors of law or fact." Jacobs v. Tempur-Pedic Intern., Inc., 626 F.3d 1327, 1344 (11th Cir. 2010) (quoting In re Kellogg, 197 F.3d 1116, 1119 (11th Cir. 1999) (internal punctuation omitted)). "A Rule 59(e) motion cannot be used to relitigate old matters, raise argument or present evidence that could have been raised prior to the entry of judgment." Id. (quoting Michael Linet, Inc. v. Village of Wellington, 408 F.3d 757, 763 (11th Cir. 2005) (alterations omitted)).

The Court discerns no reason to grant Guest's Motion. He fails to present any newly discovered evidence or to show this Court's previously entered Orders represent a manifest error of law or fact. This Court addressed the grounds Guest raises in this Motion and determined he did not set forth meritorious claims for relief. In this Motion, Guest merely rehashes the arguments he previously raised and which the Court has already rejected. Accordingly, the Court **DENIES** Guest's Motion for Reconsideration. The Court's March 23 and April 2, 2021 Orders remain the Orders of the Court, and this case remains **CLOSED**.

**SO ORDERED**, this ___15___ day of ___April___, 2021.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2

AO 72A
(Rev. 8/82)